# Court of Appeals
# of the State of Georgia

ATLANTA,  November 26, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0159. GILBERTA BAZA v. WILMINGTON SAVINGS FUND SOCIETY.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Gilberta Baza appealed to the superior court, which issued a writ of possession in favor of Wilmington Savings Fund Society on October 17, 2018. Baza then filed this application for discretionary appeal on October 25, 2018. We, however, lack jurisdiction.

Generally, an application for discretionary appeal may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). However, appeals from judgments in dispossessory actions must be filed within 7 days of the date the judgment was entered.  OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, Baza filed her application 8 days after the superior court's order was entered. Accordingly, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/26/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*